# Court of Appeals
# of the State of Georgia

ATLANTA,  July 29, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1877.  FROST v. THE STATE.**

The Appellant in the above-styled case has filed a motion entitled Consent Motion to Remand for Further Proceedings in the Trial Court. The Appellant asserts that the Appellee agrees, by electronic signature, that, in light of the Georgia Supreme Court's recent decision in *Elliot v. State*,[1] the Appellant's conviction should be vacated and the case remanded to the trial court for further proceedings consistent with *Elliot*.

Upon consideration of the foregoing, this Court hereby VACATES the trial court order denying the Appellant/Defendant's motion for new trial and this case is REMANDED to the trial court for further consideration pursuant to *Elliot v. State*. Upon the trial court's final resolution of the charges against the Appellant on remand, the parties will be subject to the applicable appellate procedures.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/29/2019*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] 305 Ga. 179 (824 SE2d 265) (2019).